## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - all | **DATE** | 12/17/2007 |
| **CASE TITLE** | United States of America vs. Rondell Freeman, et al. | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Rondell Freeman, Darnell Williams, Marcell Thomas, Deshawn Simmons, Terrence Sewell, Lance Olden, Lonnie Mack, Clint Linzy, Robert Freeman, Syble McClutchy, Reginald Booker, Senecca Williams, Demarquis Williams, Adam Sanders, Daniel Hill, Brian Wilbourn, pursuant to the complaint filed on 12/17/07. The government's motion to seal the complaint and affidavit in support thereof is granted. Enter order that the complaint and affidavit shall be sealed until 12/18/07, or until such time as the warrant for arrest is executed, or further order of the Court. Petition for writ of habeas corpus ad prosequendum for Marcell Thomas is granted. Enter writ of Habeas Corpus Ad Prosequensum as to Marcell Thomas. Enter order to transport Marcell Thomas to the United States Courthouse located on 219 S. Dearborn, Chicago Illinois, Courtroom 1700. Petition for writ of habeas corpus ad prosequendum for Demarquis Williams is granted. Enter writ of Habeas Corpus Ad Prosequensum as to Demarquis Williams,. Enter order to transport Demarquis Williams, to the United States Courthouse located on 219 S. Dearborn, Chicago Illinois, Courtroom 1700. Petition for writ of habeas corpus ad prosequendum for Rondell Freeman is granted. Enter writ of Habeas Corpus Ad Prosequensum as to Rondell Freeman. Enter order to transport Rondell Freeman to the United States Courthouse located on 219 S. Dearborn, Chicago Illinois, Courtroom 1700. Petition for writ of habeas corpus ad prosequendum for Darnell Williams is granted. Enter writ of Habeas Corpus Ad Prosequensum as to Darnell Williamsa. Enter order to transport Darnell Williams to the United States Courthouse located on 219 S. Dearborn, Chicago Illinois, Courtroom 1700.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

07CR843 - all United States of America vs. Rondell Freeman, et al.

Page 1 of 2