# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 7 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Reginald Booker | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/28/08. Defendant informed of rights. Enter order appointing Patrick E. Boyle to represent defendant. Defendant waives his right to a preliminary examination. Defendant ordered bound to the District Court for further proceedings.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | DK |
|---|---|---|