# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED 1-29-08**
**JAN 2 9 2008**

In the Matter of

U.S.A.
v.
~~Reginald~~ RONDELL FREEMAN, et al

Case 07 CR 0843

**MAGISTRATE JUDGE MORTON DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REGINALD BOOKER

| | |
|---|---|
| **SIGNATURE** Patrick E. Boyle | |
| **FIRM** LAW OFFICES OF PATRICK E. BOYLE | |
| **STREET ADDRESS** 155 N. MICHIGAN AVE. SUITE 562 | |
| **CITY/STATE/ZIP** CHICAGO IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6209812 | **TELEPHONE NUMBER** 312 565-2888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |