UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:07−cr−00843
                                        Honorable Joan H. Lefkow

Rondell Freeman, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow as to Reginald Booker:
Change of Plea Hearing set for 9/18/2008 at10:15 AM. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.